FILED
CHARLOTTE, NC

SEP 16 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26CR-212-KDB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **BILL OF INDICTMENT** |
| | ) | |
| v. | ) | |
| | ) | Violation: 18 U.S.C. § 1425(a) |
| SHA BAHADUR GHALEY | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

At the specified times and at all relevant times:

**INTRODUCTION**

1. From on or about November 30, 2010, to on or about November 29, 2014, in Mecklenburg County, defendant Sha Bahadur Ghaley ("GHALEY") committed sexual crimes against a minor victim. Later, on February 5, 2024, GHALEY pleaded guilty to three counts of Indecent Liberties with Children.

2. On or about October 24, 2012, in Mecklenburg County, North Carolina, GHALEY signed and submitted Form I-485 (Application to Register for Permanent Residence or Adjust Status), to U.S. Citizenship and Immigration Services (CIS). On that form, GHALEY answered "No" to Question 1.a. in Part 3, "Have you EVER in or outside the United States: [k]knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?" GHALEY also answered "No" to Question 14.d., "Have you ever … engag[ed] in any kind of sexual contact or relations with any person who was being forced or threatened?"

3. On or about December 4, 2017, GHALEY electronically signed and submitted a Form N-400 (Application for Naturalization) to CIS. On that form, GHALEY answered "No" to Question 14.E., "Were you ever involved in any way with … [f]orcing, or trying to force someone to have any kind of sexual contact or relations?" GHALEY answered "No" to Question 22., "Have you ever committed, assisted in committing, or attempted to commit, a crime or offense for which you were not arrested?" GHALEY also answered "No" to Question 31, "Have you ever given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?"

4. In Part 13 (Applicant's Statement, Qualification and Signature), GHALEY confirmed that he could read and understand English and that he had understood the questions on

the form. Part 13 of the N-400 also contains the applicant's certification and signature block. The text immediately above the signature block reads, "I certify, under penalty of perjury, that I provided or authorized all of the information in my application, I understand all of the information contained in, and submitted with, my application, and that all of this information is complete, true, and correct."

5. On July 10, 2018, GHALEY appeared in person at the CIS office in Charlotte, North Carolina, for a naturalization interview. At the beginning of the interview, a CIS officer placed GHALEY under oath and reviewed his responses on the N-400. During the interview, GHALEY swore under oath that his responses on the N-400 were all true and correct. After the interview, GHALEY electronically signed Part 16 (Signature at Interview) of the naturalization application in the officer's presence, thereby swearing under penalty of perjury that the contents of his application were true and correct.

6. On July 11, 2018, CIS sent to GHALEY Form N-445 (Notice of Naturalization Oath Ceremony). On July 24, 2018, at the CIS office in Mecklenburg County, North Carolina, GHALEY signed and submitted this document. He answered "No" to Question 3, "Since your interview, have you knowingly committed any crime or offense, for which you have not been arrested?" GHALEY then received a Form N-550 (Certificate of Naturalization).

7. On August 23, 2019, officers with the Charlotte-Mecklenburg Police Department arrested GHALEY and charged him with First Degree Sex Offense with a Child.

8. On September 30, 2019, a grand jury convened by the Superior Court of North Carolina returned two indictments charging GHALEY with Taking Indecent Liberties with Children between November 30, 2010, and November 29, 2014.

9. On February 5, 2024, the State of North Carolina filed a criminal Information that added an additional count of Taking Indecent Liberties with Children against GHALEY. On that same day, GHALEY pleaded guilty to three counts of Taking Indecent Liberties with Children. A judge sentenced him to a term of between 32 and 58 months in prison and required him to register as a sex offender for 30 years.

## COUNT ONE
## NATURALIZATION FRAUD – 18 U.S.C. § 1425(a)

10. The Grand Jury realleges and incorporates by reference herein all of the allegations contained in paragraphs 1 through 9 of the Bill of Indictment, and further alleges that:

11. From on or about December 4, 2017, to on or about July 10, 2018, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**SHA BAHADUR GHALEY,**

did knowingly procure and attempt to procure, contrary to law, his naturalization and United States citizenship by making materially false statements on his N-400 (Application For Naturalization) and during his sworn interview with Citizenship and Immigration Services, to wit, that he had not committed, assisted in committing, or attempted to commit, a crime or offense for which he was not arrested and that he had not given any U.S. Government officials any information or documentation that was false, fraudulent or misleading, when in truth and fact, as the defendant well knew, he had committed the crimes of Taking Indecent Liberties with Children, from on or about November 30, 2010, to November 29, 2014, in violation of N.C. Gen. Stat. § 14-202.1.

All in violation of Title 18, United States Code, Section 1425(a).

A TRUE BILL:

[redacted]

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY